# UNITED STATE DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| **GRANITE STATE INSURANCE COMPANY** ) | |
| ) | |
| **Plaintiff/Counter-Defendant,** ) | |
| ) | |
| vs. ) | Civil Action No.6:15-CV-04908-MGL |
| ) | |
| **PATRIOT SOLUTIONS, LLC** ) | |
| ) | |
| **Defendant/Counter-Plaintiff.** ) | |
| ) | |

## ORDER

Upon consideration of the motion for leave to withdraw the appearance of Margaret Inomata as counsel for Granite State Insurance Company it is hereby ORDERED that the motion is GRANTED.

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

August 25, 2016
Columbia, South Carolina