UNITED STATE DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**GRANITE STATE INSURANCE COMPANY** )
)
      **Plaintiff,** )
)
**vs.** )   Civil Action No.6:15-CV-04908
)
**PATRIOT SOLUTIONS, LLC** )
)
      **Defendant.** )
)

## CONSENT JUDGMENT

This Consent Judgment is agreed to by Defendant Patriot Solutions, LLC ("Patriot") (the "Consent Judgment").

### Summary of Concurrent Settlement Agreement

1. Pursuant to a duly and concurrently executed Settlement Agreement (the "Settlement Agreement"[1]), Patriot agreed to pay a sum certain, in installments, to Granite State Insurance Co. ("Granite State") to settle a dispute.

2. Under the Settlement Agreement, Patriot's failure to make timely installment payments or cure within the requisite time period permits entry of this Consent Judgment.

3. Pursuant to the Settlement Agreement, counsel for Granite State agreed to hold the instant Consent Judgment in escrow so long as Patriot made timely installment payments.

---

[1] Attached hereto as **Exhibit A** and incorporated herein by reference.

### Patriot's Breach of the Settlement Agreement

4. Patriot breached the Settlement Agreement by failing to timely pay an installment due under the Settlement Agreement or cure that failure in a timely fashion (the "Default").

5. As a consequence of the Default and, as permitted by the Settlement Agreement, Granite State has submitted this Consent Judgment for entry by this Court.

### Miscellaneous Terms

6. This Consent Judgment may be signed in counterparts, with each counterpart deemed an original.

7. Any photocopy, facsimile copy or any other copy of a signature affixed to this stipulation shall be deemed an original signature for all purposes, including any request for entry of judgment pursuant to this Consent Judgment.

### Agreed Judgment Amount

8. Pursuant to the Settlement Agreement, Patriot stipulates to entry of a judgment of $258,000, less any installment payments made prior to entry of a final judgment; (b) attorneys' fees incurred by Granite State in having to enforce the Settlement Agreement, where the total sum of attorneys' fees shall not exceed $1,000; and (c) prejudgment interest of 8.75% running from the Effective Date of the Settlement Agreement through the date of this Court's entry of a final judgment.

9. Pursuant to the Settlement Agreement, Patriot shall be granted a credit in the amount of $0.00, which represents the sum of the installment payments Patriot made to Granite State pursuant to the Settlement Agreement.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT a judgment should be entered in favor of Granite State in the amount of $259,000.00, plus post-judgment interest at the statutory rate of 7.75%, which shall run from the date of this judgment until such time as this judgment has been fully satisfied by Patriot; provided, however, that the total of prejudgment interest and postjudgment interest taken together shall not exceed $1,000.

      s/Mary Geiger Lewis  
      Mary Geiger Lewis  
      United States District Judge

May 9, 2017  
Columbia, South Carolina

**I HEREBY CONSENT TO THIS JUDGMENT:**

Patriot Solutions, LLC

_____

Printed Name: Gregg Hughes
Title: President
Date: _____

STATE OF SOUTH CAROLINA )
COUNTY OF Greenville )

      SUBSCRIBED, SWORN AND ACKNOWLEDGED to before me personally this 30th day of March, 2017 by Gregg Hughes who represents to me that he is the duly authorized corporate representative of Patriot Solutions, LLC.

My Commission Expires: 11-12-2024

_____
**NOTARY PUBLIC**