# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Granite State Insurance Company,  )<br>*Plaintiff*  )<br>v.  )<br>Patriot Solutions, LLC,  )<br>*Defendant*  ) | Civil Action No.  6:15-cv-04908-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff Granite State Insurance Company recover from the defendant, Patriot Solutions, LLC, in the amount of Two Hundred, Fifty-Nine Thousand, and 00/100 ($259,000.00), plus post-judgment interest at the statutory rate of 7.75%, which shall run from the date of this judgment until such time as this judgment has been fully satisfied; provided, however, that the total of prejudgment interest and postjudgment interest taken together shall not exceed $1,000.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date: May 9, 2017  ROBIN L. BLUME, CLERK OF COURT

s/Ashley Buckingham
*Signature of Clerk or Deputy Clerk*